IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In Re:<br>Bernard Jean Philippe aka Bernard Jeanphilippe<br>Katherine Jean Philippe aka Kathy Jean Philippe<br>   Debtor(s)<br>Nationstar Mortgage LLC<br>   Movant<br>v.<br>Bernard Jean Philippe aka Bernard Jeanphilippe<br>Katherine Jean Philippe aka Kathy Jean Philippe<br>   Respondent(s) | Chapter: 13<br><br>Case No: 5:25-bk-02342-MJC |

**OBJECTION OF NATIONSTAR MORTGAGE LLC TO CONFIRMATION OF CHAPTER 13 PLAN WITH RESPECT TO THE REAL PROPERTY LOCATED AT 201 SUNSET RD, ROARING BROOK TWP, PA 18444**

  Nationstar Mortgage LLC (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Bernard Jean Philippe and Katherine Jean Philippe (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

  1. On June 3, 2022, Bernard Jean Philippe signed a note in the principal sum of $279,303.00 evidencing a loan from Hometown Lenders Inc., a Corporation in the same amount, secured by the real property located at 201 Sunset Rd, Roaring Brook Twp, PA 18444 (hereinafter, the "Property"), as evidenced by a mortgage executed by Bernard Jean Philippe and Kathy Jean Philippe in favor of Mortgage Electronic Registration Systems Inc., as Nominee for Hometown Lenders Inc., which mortgage is duly recorded with the Recorder of Deeds for Lackawanna County on June 6, 2022 Instrument No. 202211682.

  2. By assignment of mortgage, the mortgage was ultimately assigned to Creditor.

  3. Debtor filed the Chapter 13 Bankruptcy Petition on August 22, 2025 and as a result, any State Court proceedings were stayed.

  4. Creditor objects to the Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

   a. The Plan is infeasible in that the Plan:

    i. is underfunded and does not provide sufficient funds to pay the claims

    ii. does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $1,025.88 (which is the approximate amount subject to the actual amount stated in the final filed Proof of Claim).

   b. The Plan does not adequately provide for post-petition payments in the amount of $2,135.27.

  5. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC sections

1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

    6. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

    WHEREFORE, Creditor, Nationstar Mortgage LLC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

    Respectfully submitted,

    STERN & EISENBERG, PC

By: _/s/ Daniel P. Jones_
Daniel P. Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
djones@sterneisenberg.com
Phone: (215) 572-8111
Fax: (215) 572-5025
Bar Number: 321876

Date: September 16, 2025    Counsel for Movant