**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

| | |
|---|---|
| In Re:<br>Bernard Jean Philippe aka Bernard Jeanphilippe<br>Katherine Jean Philippe aka Kathy Jean Philippe<br>　　　　Debtor(s)<br>Nationstar Mortgage LLC<br>　　　　Movant<br>v.<br>Bernard Jean Philippe aka Bernard Jeanphilippe<br>Katherine Jean Philippe aka Kathy Jean Philippe<br>　　　　Respondent(s) | Chapter: 13<br><br>Case No: 5:25-bk-02342-MJC |

## ORDER

AND NOW, this _____ day of _____, 20____ upon the Objection of Nationstar Mortgage LLC and after the opportunity for hearing and considering of all evidence, arguments and briefs of Counsel, it is ORDERED and DECREED that confirmation of the Chapter 13 Plan is DENIED.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE