IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In Re:<br>Bernard Jean Philippe aka Bernard Jeanphilippe<br>Katherine Jean Philippe aka Kathy Jean Philippe<br>   Debtor(s)<br>Nationstar Mortgage LLC<br>   Movant<br>v.<br>Bernard Jean Philippe aka Bernard Jeanphilippe<br>Katherine Jean Philippe aka Kathy Jean Philippe<br>   Respondent(s) | Chapter: 13<br><br>Case No: 5:25-bk-02342-MJC |

## CERTIFICATE OF SERVICE OF OBJECTION TO PLAN

  I, the undersigned, hereby certify that a true and correct copy of the within Objection to Chapter 13 Plan together with proposed Order and this Certificate, was sent to the below-listed recipients via first class mail and/or ECF on the date set forth below.

Carlo Sabatini
216 N. Blakely Street
Dunmore, PA 18512
usbkct@bankruptcypa.com
**Counsel for Debtor**

Jack N. Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
**Bankruptcy Trustee**

Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
**US Trustee**

and by standard first-class mail postage prepaid to:

Bernard Jean Philippe aka Bernard Jeanphilippe
201 Sunset Rd
Roaring Brook Twp, PA 18444

Katherine Jean Philippe aka Kathy Jean Philippe
201 Sunset Rd
Roaring Brook Twp, PA 18444
**Debtor(s)**

              Respectfully submitted,
              STERN & EISENBERG, PC
               *By: /s/ Daniel P. Jones*
              Daniel P. Jones, Esquire
              Stern & Eisenberg, PC
              djones@sterneisenberg.com
              Bar Number: 321876
Date: September 16, 2025       Counsel for Movant