IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE:  Case No. 5:25-bk-02342-MJC
Chapter 13

Bernard Jean Philippe aka Bernard Jeanphilippe
KATHERINE JEAN PHILIPPE AKA KATHY JEAN PHILIPPE

Debtor(s).

## REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, Nationstar Mortgage LLC, on September 16, 2025 as **WITHDRAWN WITHOUT PREJUDICE**.

Respectfully Submitted:

By:    */s/ Daniel P. Jones, Esquire*
Daniel P. Jones, Esquire,
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of September, 2025, to the following:

Carlo Sabatini
Sabatini Law Firm,LLC
216 N. Blakely Street
Dunmore, PA 18512
usbkct@bankruptcypa.com
***Attorney for Debtor(s)***


Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive
Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***


Asst. U.S. Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
123@gmail.com
***U.S. Trustee***


and by standard first class mail postage prepaid to:

Bernard Jean Philippe aka Bernard Jeanphilippe
201 Sunset Rd
Roaring Brook Twp, PA 18444

Katherine Jean Philippe aka Kathy Jean Philippe
201 Sunset Rd
Roaring Brook Twp, PA 18444
***Debtor(s)***


            By:  */s/Daniel P. Jones, Esquire*