IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re: ) Case No. 5:25-bk-02342 (MJC)
)
BERNARD JEAN PHILIPPE ) Chapter 13
)
KATHERINE JEAN PHILIPPE )
)
) **OBJECTION TO CONFIRMATION**
)
)

Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), a secured creditor of the Debtors, objects to the Debtors' plan for the following reasons:

A. The plan does not deal with/does not mention Santander in regards to the **2019 Chevrolet Traverse**. Santander objects, on the basis that if the plan were to complete early, and completes before the loan maturity date of the Debtors' secured loan with Santander, there is a risk that the Debtors will take the position that their loan with Santander has been discharged under §1325. To resolve this issue, the plan should be amended to include Santander in section 2(B), to provide that the claim of Santander is unaffected by the plan and the lien will not be discharged upon completion of the plan.

                                                  /s/ William E. Craig
                                                  William E. Craig, attorney for
                                                  Santander Bank, N.A., as servicer for
                                                  Santander Consumer USA Inc.

Dated: 9/24/25