IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| IN RE:<br>BERNARD JEAN PHILIPPE<br>KATHERINE JEAN PHILIPPE<br>    **Debtor(s)**<br><br>SANTANDER BANK, N.A., AS SERVICER<br>FOR SANTANDER CONSUMER USA INC.<br>    **Movant**<br><br>    v.<br><br>BERNARD JEAN PHILIPPE<br>KATHERINE JEAN PHILIPPE<br>    **Respondents**<br><br>JACK N. ZAHAROPOULOS<br>    **Trustee** | Case No.: 5:25-02342 (MJC)<br><br>Chapter 13 |

**ORDER SUSTAINING THE OBJECTION TO CONFIRMATION FILED BY SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC.**

    Upon the Objection To Confirmation of Debtor's Chapter 13 Plan filed by Santander Bank, N.A., as servicer for Santander Consumer USA Inc., as hereinafter set forth and for good cause shown;

    **ORDERED** that the movant's Objection is SUSTAINED, and Santander's claim on a 2019 Chevrolet Traverse bearing vehicle identification number 1GNEVJKWXKJ283154 shall be unaffected by the Debtors' Plan, and Santander's lien will not be discharged upon completion of the Plan.

Dated:

                                                                                          _____
                                                                                          UNITED STATES BANKRUPTCY JUDGE