IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: )
)
BERNARD JEAN PHILIPPE ) Chapter 13
KATHERINE JEAN PHILIPPE )
**Debtor(s)** ) Case No.: 5:25-bk-02342-(MJC)
)
)
)
)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 24, 2025, I served a copy of the Objection To Confirmation and Proposed Order to the following parties in this matter:

| Name and Address | Mode Of Service |
|---|---|
| Debtors | Regular Mail |
| Bernard and Katherine Philippe | |
| 201 Sunset Rd | |
| Roaring Brook Twp., PA 18444 | |

The following parties were served with the Objection via electronic means on September 24, 2025:

| Debtors' Attorney | Trustee |
|---|---|
| Carlo Sabatini, Esq. | Jack N. Zaharopoulos |
| Sabatini Law Firm,LLC | Chapter 13 Trustee |
| 216 N. Blakely St. | 8125 Adams Drive, Suite A |
| Dunmore, PA 18512 | Hummelstown, PA 17036 |

United States Trustee
US Courthouse
1501 N. 6th St.
Harrisburg, PA 17102

I certify under penalty of perjury that the foregoing is true and correct.

Date: 9/24/2025

/s/ William E. Craig
William E. Craig
Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Bar I.D. 92329 - Pennsylvania