United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bernard Jean Philippe  
Katherine Jean Philippe  
    Debtors

Case No. 25-02342-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Sep 22, 2025      Form ID: ntcnfhrg      Total Noticed: 26

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard Jean Philippe, Katherine Jean Philippe, 201 Sunset Rd, Roaring Brook Twp., PA 18444-7681 |
| 5735618 | | Citibank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5735631 | | PSECU, PO Box 1006, Harrisburg, PA 17108-1006 |
| 5735634 | + | Vincent Jean Philippe, 201 Sunset Rd, Roaring Brook Twp, PA 18444-7681 |
| 5735635 | | Western Diversified/Protective, PO Box 770, Deerfield, IL 60015-0770 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5735615 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 22 2025 19:04:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 5735616 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 19:06:49 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5735617 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 19:06:48 | Capital One/Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5735619 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 19:04:00 | Comenity Bank/King Size, PO Box 182789, Columbus, OH 43218-2789 |
| 5735620 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 19:04:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5735621 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 19:04:00 | Comenity Bank/Woman Within, PO Box 182789, Columbus, OH 43218-2789 |
| 5735622 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 22 2025 19:04:00 | Douglas Blecki, Jr. Esq., 11200 Rockville Pike, Suite 520, N Bethesda, MD 20852-7105 |
| 5735623 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2025 19:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5735624 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2025 19:04:00 | Midland Credit Management, 350 Camino de la Reina, Suite 100, San Diego, CA 92108-3007 |
| 5735625 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 19:04:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 5741862 | ^ | MEBN | Sep 22 2025 19:00:14 | Nationstar Mortgage LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5737761 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 22 2025 19:04:00 | Nationstar Mortgage LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5735626 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 22 2025 19:04:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3302, Merrifield, VA 22119-3302 |

| Recipient # | Method | Date/Time | Address |
|---|---|---|---|
| 5735627 | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 22 2025 19:04:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5735628 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2025 19:06:55 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5735629 | ^ MEBN | Sep 22 2025 19:01:30 | PPL Electric Utilities, PO Box 419054, Saint Louis, MO 63141-9054 |
| 5742902 | + Email/Text: bankruptcynotices@psecu.com | Sep 22 2025 19:04:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5735630 | Email/Text: bankruptcynotices@psecu.com | Sep 22 2025 19:04:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5735632 | Email/Text: clientrelations@optiosolutions.com | Sep 22 2025 19:04:00 | Qualia Collection Services, 1444 North McDowell Blvd, Petaluma, CA 94954 |
| 5735633 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 22 2025 19:04:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5738975 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 22 2025 19:04:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Bernard Jean Philippe usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Katherine Jean Philippe usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Daniel Philip Jones | on behalf of Creditor Nationstar Mortgage LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

Steven K Eisenberg     on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| Bernard Jean Philippe,<br>aka Bernard Jeanphilippe, | Chapter 13 |
| **Debtor 1** | Case No. 5:25−bk−02342−MJC |
| Katherine Jean Philippe,<br>aka Kathy Jean Philippe, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 30, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court<br>Max Rosenn US Courthouse,<br>Courtroom 2, 197 South Main<br>Street, Wilkes−Barre, PA 18701 | Date: November 6, 2025<br><br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 22, 2025 |

ntcnfhrg (08/21)