In re:  Case No. 25-02342-MJC
Bernard Jean Philippe  Chapter 13
Katherine Jean Philippe
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5  User: AutoDocke  Page 1 of 3
Date Rcvd: Sep 22, 2025  Form ID: pdf002  Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bernard Jean Philippe, Katherine Jean Philippe, 201 Sunset Rd, Roaring Brook Twp., PA 18444-7681 |
| 5735618 | | Citibank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 5735631 | | PSECU, PO Box 1006, Harrisburg, PA 17108-1006 |
| 5735634 | + | Vincent Jean Philippe, 201 Sunset Rd, Roaring Brook Twp, PA 18444-7681 |
| 5735635 | | Western Diversified/Protective, PO Box 770, Deerfield, IL 60015-0770 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5735615 | + | Email/Text: BarclaysBankDelaware@tsico.com | Sep 22 2025 19:04:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 5735616 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 19:06:43 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5735617 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2025 19:06:43 | Capital One/Kohls, PO Box 3115, Milwaukee, WI 53201-3115 |
| 5735619 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 19:04:00 | Comenity Bank/King Size, PO Box 182789, Columbus, OH 43218-2789 |
| 5735620 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 19:04:00 | Comenity Bank/Victoria's Secret, PO Box 182789, Columbus, OH 43218-2789 |
| 5735621 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2025 19:04:00 | Comenity Bank/Woman Within, PO Box 182789, Columbus, OH 43218-2789 |
| 5735622 | + | Email/Text: bankruptcy@silvermanlegal.com | Sep 22 2025 19:04:00 | Douglas Blecki, Jr. Esq., 11200 Rockville Pike, Suite 520, N Bethesda, MD 20852-7105 |
| 5735623 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2025 19:04:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5735624 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 22 2025 19:04:00 | Midland Credit Management, 350 Camino de la Reina, Suite 100, San Diego, CA 92108-3007 |
| 5735625 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 22 2025 19:04:00 | Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 5741862 | ^ | MEBN | Sep 22 2025 19:00:12 | Nationstar Mortgage LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5737761 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 22 2025 19:04:00 | Nationstar Mortgage LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5735626 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 22 2025 19:04:00 | Navy Federal Credit Union, Attn: Bankruptcy, PO Box 3302, Merrifield, VA 22119-3302 |

| Recipient ID | | Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 5735627 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 22 2025 19:04:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 5735628 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2025 19:06:53 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 5735629 | ^ | MEBN | Sep 22 2025 19:01:28 | PPL Electric Utilities, PO Box 419054, Saint Louis, MO 63141-9054 |
| 5742902 | + | Email/Text: bankruptcynotices@psecu.com | Sep 22 2025 19:04:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 5735630 | | Email/Text: bankruptcynotices@psecu.com | Sep 22 2025 19:04:00 | PSECU, Attention: Bankruptcy, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5735632 | | Email/Text: clientrelations@optiosolutions.com | Sep 22 2025 19:04:00 | Qualia Collection Services, 1444 North McDowell Blvd, Petaluma, CA 94954 |
| 5735633 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 22 2025 19:04:00 | Santander Bank, PO Box 961211, Fort Worth, TX 76161-0211 |
| 5738975 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 22 2025 19:04:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 24, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Carlo Sabatini | on behalf of Debtor 1 Bernard Jean Philippe usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Carlo Sabatini | on behalf of Debtor 2 Katherine Jean Philippe usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Daniel Philip Jones | on behalf of Creditor Nationstar Mortgage LLC djones@sterneisenberg.com bkecf@sterneisenberg.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |

| | |
|---|---|
| Steven K Eisenberg | on behalf of Creditor Nationstar Mortgage LLC seisenberg@sterneisenberg.com bkecf@sterneisenberg.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
Bernard Jean Philippe
 and
Katherine Jean Philippe

CHAPTER 13

CASE NO. 5:25-bk-02342-MJC

_X_ ORIGINAL PLAN
___ AMENDED PLAN (Indicate 1ST, 2ND, 3RD, etc.)
_0_ Number of Motions to Avoid Liens
_0_ Number of Motions to Value Collateral

### CHAPTER 13 PLAN

#### NOTICES

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| # | Description | Included | Not Included |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | [X] Included | [ ] Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | [ ] Included | [X] Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | [ ] Included | [X] Not Included |

#### YOUR RIGHTS WILL BE AFFECTED

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1. **PLAN FUNDING AND LENGTH OF PLAN.**

   A. **Plan Payments From Future Income**

   1. To date, the Debtor paid ___$0.00___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is ___$4,716.00___, plus other payments and property stated in § 1B below:

| Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 09/2025 | 08/2028 | $131.00 | $0.00 | $131.00 | $4,716.00 |
|  |  |  |  | Total Payments: | $4,716.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. CHECK ONE: __X__ Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is __$0.00__. (Liquidation value is calculated as the value of all non- exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

__X__ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

2. **SECURED CLAIMS.**

   A. **Pre-Confirmation Distributions.** Check one.

   __X__ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

   B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** Check one.

   __X__ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

   C. **Arrears, including, but not limited to, claims secured by Debtor's principal residence.** Check one.

   ____ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

   __X__ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Mr. Cooper | 201 Sunset Rd, Roaring Brook Township, PA | 0 | 0 | 0 |
| Santander Bank | 2023 Toyota RAV4 | 0 | 0 | 0 |

   D. **Other secured claims (conduit payments, claims for which a § 506 valuation is not applicable, etc.)**

   __X__ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

   E. **Secured claims for which a § 506 valuation is applicable.** Check one.

   __X__ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*

F. **Surrender of Collateral.** *Check one.*

  X   None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

  X   None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

      1. **Trustee's Fees.** Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

      2. **Attorney's fees.** Complete only one of the following options:

         a. In addition to the retainer of _____ already paid by the Debtor, the amount of _____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

         b. $ __415.00__ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

      3. **Other.** Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

         X   None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

   B. **Priority Claims (including certain Domestic Support Obligations)**

      Allowed unsecured claims, including domestic support obligations, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

      | Name of Creditor | Estimated Total Payment |
      |---|---|
      |  |  |

   C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

         X   None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

   A. **Claims of Unsecured Nonpriority Creditors Specially Classified.** *Check one of the following two lines.*

      X   None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   B. Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

　__ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

　X　The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

| Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
|---|---|---|---|---|---|---|
| Western Diversified/Protective | GAP Insurance | | | | | Reject |

6. **VESTING OF PROPERTY OF THE ESTATE.**

   **Property of the estate will vest in the Debtor upon**

   *Check the applicable line:*　　See § 9.

   __plan confirmation.
   __entry of discharge.
   __closing of case.

7. **DISCHARGE: (Check one)**

   ( x ) The debtor will seek a discharge pursuant to § 1328(a).

   (　) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

   If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

   Payments from the plan will be made by the Trustee in the following order:
   Level 1: Pre-Confirmation Distributions listed in ¶ 2.A
   Level 2: Debtor's Attorney's Fees in ¶ 3.A.(2)
   Level 3: Domestic Support Obligations
   Level 4: Amounts listed in ¶ 2.E, pro rata
   Level 5: Amounts listed in ¶ 2.C, pro rata. If a claim is filed the allowed amount of the arrearage shall be paid.
   Level 6: Amounts listed in ¶ 2.D, pro rata
   Level 7: Amounts listed in ¶ 4.A, pro rata
   Level 8: Priority amounts of non-Level 3 allowed claims listed in ¶ 3.B, pro rata
   Level 9: General unsecured claims

   *If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.*

9. **NONSTANDARD PLAN PROVISIONS**

   **Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

   A. **Vesting of Property.** Property of the estate vests in the debtor on confirmation, except for: (i) assets listed

in Part 1 of Schedule A/B, which vest when the case closes and (ii) any asset that Debtor acquires post-confirmation and discloses on Schedule A/B, which vests upon discharge.

Dated: <u>August 22, 2025</u>  _____
Attorney for Debtor

_____
Debtor

_____
Joint Debtor


By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.