IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re Bernard Jean Philippe and Katherine Jean Philippe, <br><br> Debtors | Chapter 13 <br><br> Case No. 5:25-bk-02342-MJC |

### DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF COMPLIANCE WITH POST PETITION OBLIGATIONS

I, Katherine Jean Philippe, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on November 6, 2025 at 10:00 AM.

2. That all post-petition amounts that are required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED:_____      BY:_____
                              Counsel for Debtor

DATED: 10 / 06 / 2025         BY:_____
                              Debtor Katherine Jean Philippe

# CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
**6YZFS-TIEBW-HDZA5-XANUX**

DOCUMENT COMPLETED BY ALL PARTIES ON
**06 OCT 2025 19:07:59**
UTC

**SIGNER**

**KATHERINE JEAN PHILIPPE**

EMAIL
**KATMUS69@YAHOO.COM**

**TIMESTAMP**

SENT
**06 OCT 2025 18:45:21**

VIEWED
**06 OCT 2025 19:07:19**

SIGNED
**06 OCT 2025 19:07:59**

**SIGNATURE**



IP ADDRESS
**174.54.184.180**

LOCATION
**MOSCOW, UNITED STATES**

**RECIPIENT VERIFICATION**

EMAIL VERIFIED
**06 OCT 2025 19:07:19**

Signed with PandaDoc

PAGE 1 OF 1

