UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BERNARD JEAN PHILLIPPE ) <br>      KATHERINE JEAN PHILLIPPE ) <br>     Debtor(s) ) <br> ) <br> SANTANDER BANK, N.A., AS SERVICER ) <br> FOR SANTANDER CONSUMER USA INC. ) <br>      Plaintiff(s)/Movant(s), ) <br>   vs. ) <br> ) <br>     BERNARD JEAN PHILLIPPE ) <br>     KATHERINE JEAN PHILIPPE ) <br> ) <br>     Defendant(s)/Respondent(s) ) <br> ) | Chapter 13 <br><br> Case No.: 5:25-bk-02342-MJC <br><br> Nature of Proceeding: Objection To Confirmation <br><br><br><br> Document #: 23 |

## REQUEST TO REMOVE MATTER FROM HEARING/TRIAL LIST

**CHECK ONE:**

☒ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☐ The undersigned counsel certifies as follows:

    (1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).

        ☒ Thirty (30) days.

        ☐ Forty-five (45) days.

        ☐ Sixty (60) days.

    (2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

    (3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: 10/14/25

                          /s/ William E. Craig
                          William E. Craig, Esquire
                          Attorney for Santander