# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re | Chapter 13 |
|---|---|
| Bernard Jean Philippe and Katherine Jean Philippe, | Case No. 5:25-bk-02342-MJC |
| Debtors | |

**Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3**

| Title of Paper Served: | NOTICE OF SECOND AMENDED PLAN AND SECOND AMENDED PLAN | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: November 10, 2025

s/Amber Werner
Amber Werner, Legal Assistant
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email kecf@bankruptcypa.com

| |
|---|
| Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Midland Credit Management<br>350 Camino de la Reina, Suite 100<br>San Diego, CA 92108-3007 |
| Midland Credit Management, Inc.<br>PO Box 2037<br>Warren, MI 48090-2037 |
| Mr. Cooper<br>PO Box 619094<br>Dallas, TX 75261-9094 |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD, VA 22119-3000 |
| Nationstar Mortgage LLC<br>c/o ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 |
| Nationstar Mortgage LLC<br>c/o Stern & Eisenberg, PC<br>The Shops at Valley Square<br>1581 Main Street, Ste. 200<br>Warrington, PA 18976-3403 |
| Navy Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 3302<br>Merrifield, VA 22119-3302 |
| Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 |
| PPL Electric Utilities<br>PO Box 419054<br>Saint Louis, MO 63141-9054 |
| PSECU<br>Attention: Bankruptcy<br>PO Box 67013<br>Harrisburg, PA 17106-7013 |
| Santander Bank, N.A.<br>P.O. Box 961245<br>Fort Worth, TX 76161-0244 |
| PSECU |

| |
|---|
| PO BOX 67013<br>HARRISBURG, PA 17106-7013 |
| PSECU<br>PO Box 1006<br>Harrisburg, PA 17108-1006 |
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| QUALIA COLLECTION SERVICES<br>PO BOX 4699<br>PETALUMA CA 94955-4699 |
| Quantum3 Group LLC as agent for<br>MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Santander Bank<br>PO Box 961211<br>Fort Worth, TX 76161-0211 |
| Santander Bank, N.A.; as<br>servicer for Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 |
| Vincent Jean Philippe<br>201 Sunset Rd<br>Roaring Brook Twp, PA 18444-7681 |
| Western Diversified/Protective<br>PO Box 770<br>Deerfield, IL 60015-0770 |
| Barclays Bank Delaware<br>PO Box 8801<br>Wilmington, DE 19899-8801 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 |
| Capital One/Kohls<br>PO Box 3115<br>Milwaukee, WI 53201-3115 |
| Citibank N.A.<br>Attn: Bankruptcy<br>PO Box 939069<br>San Diego, CA 92193-9069 |
| Comenity Bank<br>PO Box 182789 |

| |
|---|
| Columbus, OH 43218-2789 |
| Douglas Blecki, Jr. Esq.<br>11200 Rockville Pike, Suite 520<br>N Bethesda, MD 20852-7105 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |